IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                    )        Case No.  15-01853-dd
                                          )        Chapter  7
Stephen Ray Hildenbrandt                  )
                                          )
_____Debtor_____)

## NOTICE OF APPEARANCE AND REQUEST FOR ALL PAPERS

Please take notice that the undersigned and the law firm of Finkel Law Firm, LLC appear as counsel for CitiMortgage, Inc., ("Creditor"), secured creditor and party-in-interest in the above referenced case, and pursuant to §§704(7) and 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, respectfully request that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the following attorney:

Kathleen M. Muthig, Esquire
Finkel Law Firm LLC
Post Office Box 1799
1201 Main Street, Suite 1800
Columbia, South Carolina 29202
(803) 765-2935

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise (1) which affect or seek to affect in any way any of the rights and interests of Creditor or (2) which seek to require any act, payment, release or other conduct by Creditor.

The undersigned additionally requests that the Debtor, any court-appointed committee and the Clerk of the Court place the undersigned's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

BY:        _____
           KATHLEEN M. MUTHIG
           District Court ID No. 11909
           Finkel Law Firm LLC
           Post Office Box 1799
           Columbia, South Carolina 29202
           (803) 765-2935

Columbia, South Carolina
_____, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  15-01853-dd |
| | ) | Chapter  7 |
| Stephen Ray Hildenbrandt | ) | |
| | ) | |
| _____ Debtor | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this ⎽⎽ day of April ⎽⎽, 2015, she served a copy of the Notice of Appearance and Request for All Papers and a Certificate of Service on the below-listed parties, by depositing same in the United States Mail with sufficient first-class postage affixed and addressed as indicated below:

Stephen Ray Hildenbrandt
503 Yorktown court
Myrtle Beach, SC  29579

Jackson Turner-Vaught
Turner Vaught Bankruptcy
4620 Dick Pond Road, Unit D
Myrtle Beach, SC  29588

Kevin Campbell, Trustee (via ECF)
PO Box 684
Mt. Pleasant, SC  29465

Nina Norris, Paralegal to
KATHLEEN M. MUTHIG
District Court ID No. 11909
Finkel Law Firm LLC
Post Office Box 1799
Columbia, South Carolina 29202
(803) 765-2935